# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **PAMELA K. BURKE,** | ) |
| Plaintiff, | ) Case No. 2:19V00030 |
| v. | ) **JUDGMENT** |
| **ANDREW SAUL,** | ) By: James P. Jones |
| **COMMISSIONER** | ) United States District Judge |
| **OF SOCIAL SECURITY,** | ) |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: December 30, 2020

/s/ JAMES P. JONES
United States District Judge